IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHANDRA LYONS JACKSON                                         PLAINTIFF

v.                          Case No. 11-2225

OFFICER CARSON ADDIS, Fort
Smith Police Department                                       DEFENDANT

### ORDER

Now on this 28th day of September 2012, there comes on for consideration the Amended report and recommendation filed herein on August 31, 2012, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 25). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion for Summary Judgment (doc. 14) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**