```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

CHANDRA LYONS JACKSON                                PLAINTIFF

v.                       Case No. 11-2225

OFFICER CARSON ADDIS, Fort
Smith Police Department                              DEFENDANT

## JUDGMENT

For reasons set forth in the Amended Report and Recommendation (doc. 25) and the Order of September 28, 2012 (doc. 26), Defendant's Motion for Summary Judgment (doc. 14) is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 28th day of September, 2012.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge

AO72A
(Rev. 8/82)