```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

CHANDRA LYONS JACKSON                                    PLAINTIFF

v.                         Case No. 11-2225

OFFICER CARSON ADDIS, Fort
Smith Police Department                                  DEFENDANT

### JUDGMENT

For reasons set forth in the Amended Report and Recommendation (doc. 25) and the Order of September 28, 2012 (doc. 26), Defendant's Motion for Summary Judgment (doc. 14) is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 28th day of September, 2012.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge